**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Leandro Da Silva Guimaraes, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-12960-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |
| | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 7/23/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 8/4/2026                                                                By the Court,

/s/ Courtney Horvath
Deputy Clerk